USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/26/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMANSKY, *et al.*,

               **Plaintiff,**

-against-

POPULAR BANK,

               **Defendant.**

24-CV-06109 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Parties are hereby **ORDERED** to file a joint status report informing the Court of the pendency of this action by **September 2, 2024.**

**SO ORDERED.**

Dated:    **August 26, 2024**
            **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**