UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
LAWRENCE OMANSKY,
                    Debtor.
-----------------------------------------------------------------
JOHN S. PEREIRA., as Chapter 7 Trustee for the estate of Lawrence Omansky,
                    Appellant,
v.
POPULAR BANK f/k/a Banco Popular North America,
                    Appellee.

24-CV-06109 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Parties are hereby **ORDERED** to file a joint status report informing the Court of the pendency of this action by **June 13, 2025.**

**SO ORDERED.**

Dated:   May 30, 2025
             New York, New York

_____
ANDREW   L.   CARTER,   JR.
United States District Judge