UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lawrence Omansky,<br><br>                                Debtor,<br><br>JOHN S. PEREIRA., as Chapter 7 Trustee for the estate of Lawrence Omansky,<br><br>                              Appellant,<br><br>v.<br><br>POPULAR BANK f/k/a Banco Popular North America,<br><br>                              Appellee. | 24-CV-6109 ( ALC )<br><br>ORDER |

ANDREW L. CARTER, JR., United States District Judge:

      The Parties are ordered to file a joint status report by December 22, 2025.

SO ORDERED.

Dated:   November 18, 2025
              New York, New York

                                                          ANDREW L. CARTER, JR.
                                                          United States District Judge