UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lawrence Omansky,

                    Debtor,

JOHN S. PEREIRA., as Chapter 7 Trustee for
the estate of Lawrence Omansky,

                    Appellant,

v.

POPULAR BANK f/k/a Banco Popular North
America,

                    Appellee.

24-CV-6109 ( ALC )

ORDER

ANDREW L. CARTER, JR., United States District Judge:

       The Parties were ordered to file a joint status report by December 22, 2025. The Court is

not in receipt of the JSR. The Parties should contact the Court at 1-855- 244-8681 (access code:

2305 3700 226#) for a telephonic conference on February 4, 2026 at 3 pm.

SO ORDERED.

Dated:    January 20, 2026
          New York, New York

_____
       ANDREW L. CARTER, JR.
       United States District Judge