UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lawrence Omansky,

                Debtor,

JOHN S. PEREIRA., as Chapter 7 Trustee for
the estate of Lawrence Omansky,

                Appellant,

  v.

POPULAR BANK f/k/a Banco Popular North
America,

                Appellee.

24-CV-6109 ( ALC )

ORDER

ANDREW L. CARTER, JR., United States District Judge:

As discussed during the February 4, 2026 telephonic conference, this appeal is

dismissed without prejudice on consent of the Parties pursuant to Rule 41(a)(2).

SO ORDERED.

Dated:    February 4, 2026
           New York, New York

_____
      ANDREW L. CARTER, JR.
      United States District Judge